# Declaration Re: Pending Certificate of Credit Counseling

We, Eric R. Young and Susan L. Young, declare under penalty of perjury the following:

1. We completed the required credit counseling session through American Financial Solutions on March 19th, 2025. We have not yet received the official certificate of completion from the provider. We will meet to complete that step on Wednesday 3/26/2025.

> On Thu, Mar 20, 2025 at 6:14 AM, Jeanne Dickmann - jdickmann at myfinancialgoals.org <jdickmann_at_myfinancialgoals_org_mykgte@simplelogin.co> wrote:
>
> Hi Eric and Susan,
>
> We recently received notice that you are ready to complete the counseling session to receive the certificate of compliance that is required to be filed with the bankruptcy court.
>
> Counseling is offered Monday through Friday from 7:30 a.m. until 3:00 p.m. PST.
>
> Please call our office at 1(800)894-7240 to schedule an appointment with a certified credit counselor.
>
> Have a wonderful day!
>
> Best Regards,
>
> *Jeanne Dickmann*
>
> NFCC Certified Credit Counselor/Client Support Specialist
> American Financial Solutions
> 500 Pacific Avenue Suite 550
> Bremerton, WA 98337
> Ph: (888)282-5494

2. We have taken all reasonable steps to obtain the certificate and expect to receive it shortly. Urgency demands that we file this petition immediately, however, and upon receipt, we will promptly file it with the Court, and in any case, within the 14-day period allowed by law.

3. This declaration is submitted in support of our emergency Chapter 13 petition, and we respectfully request that the Court accept this notice of pending certificate in accordance with applicable rules.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2025.

Signature: _____

Eric R. Young

Signature: _____

Susan L. Young