UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC YOUNG AND SUSAN YOUNG,<br>Debtors | CASE NO.: 25-00513-13<br><br>MOTION FOR EXTENSION OF TIME TO FILE REMAINING SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN |

**INTRODUCTION**

COME NOW, Debtors Eric Young and Susan Young, pro se, and hereby respectfully request this Court grant an extension of time for filing the remaining required bankruptcy schedules, statements, and Chapter 13 plan.

1. Debtors filed their voluntary Chapter 13 bankruptcy petition (skeletal filing) on March 25, 2025.

2. The original deadline for filing all remaining required documents is 14 days from the petition date, April 8, 2025.

3. Debtors require additional time to complete these filings due to the complexity of their financial affairs, the ongoing appeal of a state court judgment, recent loss of

MOTION FOR EXTENSION OF TIME TO FILE REMAINING SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN
PAGE **1** OF **3**

ERIC AND SUSAN YOUNG
12402 N Division St #167, Spokane, WA 99218
PHONE: (936-463-8411)
EMAIL: eyoung-encrypt@pm.me
jaegersmum@proton.me

employment on March 21, 2025, directly resulting from the harassing litigation which gives rise to this Chapter 13 filing, and the need to accurately prepare comprehensive schedules, exemptions, and the Chapter 13 repayment plan. Further impact to scheduling resulted from necessary employment cessation and departure tasks required by Debtors' former employer.

4. To demonstrate good faith efforts toward compliance, Debtors have attached hereto as Exhibit A their completed Form 106A/B and as Exhibit B their credit counseling certificates.

5. Debtors respectfully request an additional fourteen (14) days to file the outstanding required documents, thereby extending the deadline from April 8, 2025, up to and including April 22, 2025.

WHEREFORE, Debtors Eric Young and Susan Young respectfully request this Court enter an order granting their motion for an extension of time to file the remaining required bankruptcy schedules, statements, and Chapter 13 plan to April 22, 2025.

Dated this 7th day of April, 2025.

/s/    Eric R. Young and Susan L. Young
ERIC AND SUSAN YOUNG
12402 N Division St #167, Spokane, WA 99218
PHONE (936-463-8411)
EMAIL      eyoung-encrypt@pm.me
           jaegersmum@proton.me

MOTION FOR EXTENSION OF TIME TO FILE REMAINING SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN
PAGE **2** OF **3**

ERIC AND SUSAN YOUNG
12402 N Division St #167, Spokane, WA 99218
PHONE:           (936-463-8411)
EMAIL:  eyoung-encrypt@pm.me
        jaegersmum@proton.me

25-00513-FPC13    Doc 9    Filed 04/07/25    Entered 04/07/25 14:40:35    Pg 2 of 3

# ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of the Debtors' Motion for Extension of Time, and good cause appearing therefore,

IT IS HEREBY ORDERED, the deadline for Debtors Eric Young and Susan Young to file all remaining required bankruptcy schedules, statements, and the Chapter 13 plan is extended from April 8, 2025, up to and including April 22, 2025.

DATED this _____ day of _____, 2025.


UNITED STATES BANKRUPTCY JUDGE

MOTION FOR EXTENSION OF TIME TO FILE REMAINING SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN
PAGE **3** OF **3**

ERIC AND SUSAN YOUNG
12402 N Division St #167, Spokane, WA 99218
PHONE: (936-463-8411)
EMAIL: eyoung-encrypt@pm.me
jaegersmum@proton.me