| | |
|---|---|
| Mike I. Todd<br>Chapter 13 Trustee<br>P.O. Box 1513<br>Spokane, WA 99210-1513<br>(509)747-8481 | The Honorable Frederick P. Corbit |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>YOUNG, ERIC ROSS<br>YOUNG, SUSAN LINETTE<br><br>Debtor(s). | Case No.: 25-00513-FPC13<br><br>TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO TIMELY FILE DOCUMENTS |

MIKE I. TODD, Trustee in the above-entitled proceeding, moves the court for an order dismissing this case pursuant to LBR 2083-1(o)(3) and\or 11 U.S.C. § 1307(c).

The above referenced case was filed on March 25, 2025. This case should be dismissed for failure to timely file the following documents pursuant to FRBP 1007, FRBP 2016(b), FRBP 3015(b) and LBR 2083-1(b):

1.) Schedules C-J (Official Form 106C – 106J-2)

2.) Declaration About an Individual Debtor's Schedules (Official Form 106 Declaration)

3.) A Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106 Summary)

MOTION TO DISMISS – 1

4.) Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

5.) Statement of Financial Affairs (Official Form 107)

6.) Copies of all payment advices (*paystubs*) or other evidence of payment, if any, received by the debtor from an employer within 60 days before the date of filing the petition (11 U.S.C. § 521(a)(1)(B)(iv); FRBP 1007(b)(1)(E))

7.) Declaration Regarding Payments (*re: pay advices*) (Local Rule 1007-1(c); Local Form 1007-1)

8.) Chapter 13 Plan (LF 2083)

9.) Plan Funding Analysis (LF 2083B)

10.) Liquidation Analysis (LF 2083C)

11.) Plan Payment Declaration (LF 2083A)

12.) Certificate re: Payments and Disbursements (LF2083-1F)

13.) Statement of Current Monthly Income (Official Form 122C-1)

14.) Calculation of Disposable Income (*if applicable*) (Official Form 122C-2)

///

///

MOTION TO DISMISS – 2

Wherefore, the Trustee prays that after notice and hearing, this Chapter 13 case be dismissed.

Dated: April 16, 2025

Mike I. Todd,
Chapter 13 Trustee

By:/s/ Mike I. Todd
    Mike I. Todd, WSBA #26331
    Chapter 13 Trustee
    PO Box 1513
    Spokane, WA 99210

MOTION TO DISMISS – 3