Mike I. Todd
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:
Young, Eric Ross and
Young, Susan Linette

                    Debtor(s)

Case No. 25-00513-FPC13
Notice of Motion to Dismiss
and Notice of Hearing
Failure to Timely File Documents

TO: Debtor above named, and

TO: Attorney for Debtor(s), PRO SE

**Notice is hereby given** that Mike I. Todd, Chapter 13 Trustee, has filed a Motion to Dismiss with the court requesting dismissal of this case. The Motion to Dismiss filed with the Court provides additional information.

**You are further Notified** that curing of the default may not prevent dismissal of your case, unless the Trustee agrees in writing to withhold dismissal or unless you file an objection to the Motion to Dismiss. Any objection must state the grounds for the objection and must be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Washington, West 904 Riverside, Suite 304, PO Box 2164, Spokane, WA 99210-2164, and served upon Mike I. Todd, Trustee, P.O. Box 1513, Spokane, WA 99210-1513, no later than 21 days from the date of service of this notice, plus any additional time allowed pursuant to F.R.B.P 9006.

**You are further Notified** that should you fail to object as set forth above, the court will be requested to enter an order dismissing the case on an ex parte basis without further notice to you.

**You are further notified** that if you file an objection to the Motion to Dismiss, a hearing will be held on 5/21/25 at 11:00 am. The hearing shall be:

By Zoom conference. Participants must attend through Zoomgov.com or by calling (669) 254-5252, Meeting ID: 160 692 2376.

April 16, 2025                                    Mike I. Todd, Trustee

                                                 By: Mike I. Todd /s/ MIT
                                                 _____

Notice of Motion and
Notice of Hearing