**So Ordered.**

**Dated: May 15th, 2025**



**Frederick P. Corbit
Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 25-00513-FPC7 |
| ERIC ROSS YOUNG AND SUSAN LINETTE YOUNG, | **ORDER DISMISSING CASE** |
| Debtors. | |

THIS MATTER came before the Court for hearing on May 14, 2025, on the Debtors' Motion to Extend Time to File Documents. ECF No. 24. The debtor, Eric Young, did appear at the hearing. Based upon the record and the comments of the debtor,

**IT IS ORDERED:**

1. The Debtors' case is **DISMISSED**; and

2. The dismissal is without prejudice to the Debtors refiling, subject to all required documents, including schedules and statement of affairs, accompany the petition at the time of the refiling.

///End of Order///

ORDER DISMISSING CASE

25-00513-FPC7    Doc 31    Filed 05/15/25    Entered 05/15/25 16:12:29    Pg 1 of 1